2783.00
279886

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

---

In re:
SCOTT L. PINETTE

Debtor(s).

Case No. 16-31392-AMN-13

(CHAPTER 13)

FILED 2018 OCT 22 P 12:47
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

---

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: October 17, 2018

/s/ *Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee tr08378
Chapter 13 Standing Trustee
(860) 278-9410 tele
(860) 527-6185 fax
e-mail: rnapolitano@ch13rn.com

# EXHIBIT A

Case Name: SCOTT L. PINETTE
Case Number: 1631392

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| SCOTT L. PINETTE<br>P. O. BOX 665<br>IVORYTON, CT 06442 | 999 | | | $2,783.00 |